BROWN v. TOWN OF SOCIAL CIRCLE.

COBB, J.  1. The Town of Social Circle has authority, under the general welfare clause in its charter, to pass and enforce an ordinance prohibiting the keeping for unlawful sale, within the limits of the town, of any alcholic, malt, or other intoxicating liquors.  *Paulk* v. *Sycamore,* 104 *Ga.* 728, and cases cited.

2. The ground of the certiorari which complained of the refusal to grant a continuance was without merit.  The evidence was sufficient to authorize the judgment, and there was no error in overruling the certiorari.

*Judgment affirmed.  All the Justices concurring, except Simmons, C. J., and Lumpkin, P. J., absent.*

Argued November 7, — Decided November 17, 1898.

Certiorari. Before Judge Hutchins. Walton superior court. August 26, 1898.

*A. C. Stone,* for plaintiff in error.  *W. S. Upshaw,* contra.

---

HAMILTON v. THE STATE.

LITTLE, J.  This case involves the same questions which were considered in the case of *Dixon* v. *State,* 105 *Ga.* 787, and is controlled by the ruling made in that case.

*Judgment reversed.  All the Justices concurring, except Simmons, C. J., and Lumpkin, P. J., absent.*

Argued November 8, — Decided November 18, 1898.

Indictment for riot. Before Judge Harris. City court of Cartersville. September term, 1898.

*James B. Conyers* and *Ben. J. Conyers,* for plaintiff in error. *Sam. P. Maddox,* solicitor-general, contra.